UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
04-CV-4110(JMR/FLN)

Berry Allen Willis                    )
                                      )
           v.                         )
                                      )
Thad Tarasen, State of                )          ORDER
Minnesota Justice Department,         )
City of Brooklyn Park, Roger          )
J. Fellows, Jensen &                  )
Sondrall, P.S., and Hennepin          )
County District Court                 )

The Honorable Franklin L. Noel, United States Magistrate Judge, issued a Report and Recommendation on May 6, 2005, recommending denying plaintiff's motion for injunction and declaratory judgment. Magistrate Noel issued a second Report and Recommendation on May 6, 2005, recommending granting defendants' Fellows, Jensen & Sondrall and the City of Brooklyn Park's motions for summary judgment. Plaintiff's objections to both Reports were timely filed, pursuant to Local Rule 72.2(b).

Based upon a de novo review of the record herein, the Court adopts the Magistrate's Report and Recommendation of May 6, 2005. [Docket Numbers 52 and 54].

Accordingly, IT IS ORDERED that:

1.  Plaintiff's motion for injunction and declaratory relief [Docket No. 2] is denied.

2.  Defendants Fellows, Jensen & Sondrall's motion for summary judgment [Docket No. 6] is granted.

3.   Defendant City of Brooklyn Park's motion for summary
judgment [Docket No. 20] is granted.

Dated:  June 27th, 2005


  s/ JAMES M. ROSENBAUM     
JAMES M. ROSENBAUM
United States Chief District Judge